■ In the Matter of AETNA LIFE & CASUALTY, Respondent, v SETHINA HOWARD, Appellant. [644 NYS2d 649] —Appeal from an order of the Supreme Court, Nassau County (Kohn, J.), dated July 20, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Kohn at the Supreme Court. Mangano, P. J., Thompson, Florio, McGinity and Luciano, JJ., concur.

■ In the Matter of ALEXANDER MUSS AND SONS, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. SALLY BURRIS, Intervenor-Respondent. [644 NYS2d 654] —Appeal by the petitioner from a judgment of the Supreme Court, Kings County (I. Aronin, J.), dated April 26, 1995.

Ordered that the judgment is affirmed, with costs to the respondent and intervenor-respondent, appearing separately and filing separate briefs, for reasons stated by Justice I. Aronin at the Supreme Court. O'Brien, J. P., Goldstein, Florio and McGinity, JJ., concur.